# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF INDIANA

# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOANNE JENNINGS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LYONS MAGNUS, LLC, and<br>TRU ASEPTICS, LLC, and<br>STARBUCKS CORPORATION, and<br>TARGET CORPORATION<br><br>*Defendants*. | **Civil Action No. 1:22-cv-02317-SEB-MJD**<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br>PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

## PLAINTIFF JOANNE JENNINGS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Joanne Jennings and her counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed with regards to just her claims, without prejudice against all Defendants.

*/s/ Jacob R. Cox*
Jacob R. Cox, Attorney No. 26321-49
**COX LAW OFFICE**
1606 N. Delaware Street
Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF E-Filing System on this 15th day of December, 2022 on all parties of record.

*/s/ Jacob R. Cox*